**Darrell HAPPY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 54349.

Missouri Court of Appeals,
Western District.

Dec. 9, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Darrell Happy appeals the circuit court's denial of his motion to vacate its judgment convicting him of second degree robbery and armed criminal action. We affirm. Rule 84.16(b).

**John L. GIBSON, Appellant,**

v.

**CITY OF FULTON and Michael G. Miller, Respondents.**

No. WD 54062.

Missouri Court of Appeals,
Western District.

Dec. 9, 1997.

John L. Gibson, Fulton, for appellant.

Joe D. Holt, Fulton, for respondents.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### ORDER

PER CURIAM:

John L. Gibson appeals from the entry of summary judgment in favor of defendants, Michael Miller and the City of Fulton, Missouri, on Gibson's defamation petition.

The judgment is affirmed. Rule 84.16(b).